———o———

HENRY DISSE, Respondent, *vs.* JACOB FRANK, Appellant.

1. *Practice, civil—Supreme Court—Submission on record.*—A cause cannot by agreement be submitted to this Court on the record. The law requires that a statement and brief be filed.

*Appeal from St. Louis Circuit Court.*

WAGNER, Judge, delivered the opinion of the court.

In this case the only paper filed is a stipulation by the attorneys, by which they agree to submit the case for decision upon the record. This practice cannot be endured. As they have entirely failed to comply with the law in filing a statement and brief, the appeal will be dismissed.

The other Judges concur, except Judge Sherwood, who is absent.